██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIGE SMITH, JR., Appellant. [23 NYS3d 593]—

Appeal from a judgment of the County Court of St. Lawrence County (Richards, J.), rendered August 18, 2014, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defendant was sentenced to a prison term of five years and two years of postrelease supervision following his plea of guilty to criminal sale of a controlled substance in the third degree. His sole contention on appeal is that the sentence imposed is harsh and excessive. We disagree. County Court made no sentence commitment and imposed a prison term that was less

than the maximum permitted by statute (*see* Penal Law § 70.70 [2] [a] [i]). Notably, while this matter was pending, defendant absconded and was twice arrested and convicted upon a charge of assault in the third degree. Further, a review of the presentence investigation report reflects defendant's extensive drug-related history. We find no abuse of discretion or extraordinary circumstances warranting modification of the sentence in the interest of justice (*see People v Lasanta*, 89 AD3d 1324 [2011]; *People v Velazquez*, 67 AD3d 1124, 1124 [2009], *lv denied* 14 NY3d 894 [2010]; *People v Williams*, 65 AD3d 1423, 1424 [2009]).

Peters, P.J., Garry, Egan Jr. and Lynch, JJ., concur. Ordered that the judgment is affirmed.